| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KNEUPPER & COVEY, PC<br>Kevin Kneupper, Esq. (CA SBN 325413)<br>kevin@kneuppercovey.com<br>A. Cyclone Covey, Esq. (CA SBN 335957)<br>cyclone@kneuppercovey.com<br>17011 Beach Blvd., Ste. 900<br>Huntington Beach, CA 92647-5998<br>Tel: (512) 420-8407 | **FILED**<br>NOV 19 2021<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Creditor LeAnne Tan & the putative class | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>TOTAL HEALTH SUPPLY TUA, INC.,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:21-bk-12448-SC<br>CHAPTER: SELECT CHAPTER |
|---|---|
| | **NOTICE OF MOTION FOR:**<br>CREDITOR LEANNE TAN'S MOTION FOR SANCTIONS<br><br><br><br>*(Specify name of Motion)* |
| | DATE: 12/15/2021<br>TIME: 11:00 am<br>COURTROOM: 5C (via ZoomGov, see Attachment A)<br>PLACE: US Bankruptcy Court - Central District of CA<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

1. TO *(specify name)*: All counsel of record

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                                Page 1                                          F 9013-1.1.HEARING.NOTICE

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 11/19/2021

Kneupper & Covey PC
Printed name of law firm

_____ BY FAX
Signature

Kevin Kneupper, Esq.
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                              F 9013-1.1.HEARING.NOTICE

# ATTACHMENT A

## NOTICE OF ZOOMGOV ACCESSIBILITY INFORMATION

Please be advised that this hearing was scheduled to be conducted via ZoomGov and accessibility information will be provided by the Court in its tentative ruling prior to the hearing, and parties may obtain such accessibility information on Judge Clarkson's posted hearing calendar which may be viewed online at: http://ecf-ciao.cacb.uscourts.gov/CiaoPosted/?jid=SC.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Kneupper & Covey PC, 17011 Beach Blvd., Ste. 900, Huntington Beach, CA 92647-5998

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF MOTION FOR: CREDITOR LEANNE TAN'S MOTION FOR SANCTIONS
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/19/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  Karen S. Naylor, Trustee - alane@ringstadlaw.com
  Moses S. Bardavi, counsel for Total Health Supply TUA, Inc. (Debtor) - mbardavid@hotmail.com
  United States Trustee, U.S. Trustee - ustpregion16.sa.ecf@usdoj.gov

                                                                                                                       [✓] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **11/19/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

  United States Bankruptcy Court - Central District of California
  Attn: Hon. Scott C. Clarkson
  Ronald Reagan Federal Building and Courthouse
  411 West Fourth Street, Suite 5130 / Courtroom 5C

                                                                                                                       [✓] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

                                                                                                                       [ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 11/19/2021 | Suzy Garcia | *Suzy Garcia*  **BY FAX** |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                   F 9013-3.1.PROOF.SERVICE

# SERVICE LIST
*In re: Total Health Supply TUA, Inc.*
United States Bankruptcy Court – Central District of CA
Case No. 8:21-bk-12448-SC

| | |
|---|---|
| Total Health Supply TUA, Inc.<br>1146 S. Nakoma Dr.<br>Santa Ana, CA 92704-3031 | *Debtor* |
| Chad Biggins<br>205 Carter Drive<br>McDonough, GA 30252 | *Codebtor* |
| James Martell<br>3095 Blue Mountain Drive<br>Broomfield, CO 80023 | *Codebtor* |
| Kathryn Martorano<br>1 Calle Almendro #303<br>San Juan, PR 00913 | *Codebtor* |
| Konnektive Corporation<br>105 Hembree Park Drive, Ste. A<br>Roswell, GA 30076 | *Codebtor* |
| Konnektive LLC<br>2421 Laurel Street<br>San Juan, PR 00913 | *Codebtor* |
| Konnektive Rewards, LLC<br>2421 Laurel Street<br>San Juan, PR 00913 | *Codebtor* |
| Matthew Martorano<br>1 Calle Almendro #303<br>San Juan<br>San Juan, PR 00913 | *Codebtor* |

| | | |
|---|---|---|
| 1 | Quick Box, LLC<br>11551 E. 45th Ave Unit C<br>Denver, CO 80239 | *Codebtor* |
| 2 | | |
| 3 | | |
| 4 | Stephen Adele<br>2263 S. Loveland St.<br>Denver, CO 80228 | *Codebtor* |
| 5 | | |
| 6 | LAW OFFICES OF MOSES S. BARDAVID<br>Moses S. Bardavid, Esq.<br>15910 Ventura Blvd., Suite 1405<br>Encino, CA 91436<br>mbardavid@hotmail.com | *Attorneys for Debtor Total Health Supply TUA. Inc.* |
| 11 | GORDON REES SCULLY MANSUKHANI, LLP<br>Kimberly D. Howatt, Esq<br>Damon W.D. Wright, Esq. (pro hac vice)<br>Julia K. Whitelock, Esq.<br>101 West Broadway, Suite 2000<br>San Diego, CA 92101<br><br>khowatt@grsm.com<br>dwright@grsm.com<br>jwhitelock@grsm.com<br>cc: ecravey@grsm.com | *Attorneys for Codebtor:*<br><br>Chad Biggins<br>James Martell<br>Kathryn Martorano<br>Konnektive Corporation<br>Konnektive LLC<br>Konnektive Rewards, LLC<br>Matthew Martorano<br>Quick Box, LLC<br>Stephen Adele |
| 20 | GORDON REES SCULLY MANSUKHANI, LLP<br>Christopher B. Queally, Esq.<br>Tatiana Dupuy, Esq.<br>5 Park Plaza, Suite 1100<br>Irvine, CA 92614<br><br>cqueally@grsm.com<br>tdupuy@grsm.com<br>cc: ecravey@grsm.com | *Attorneys for Codebtors:*<br><br>Chad Biggins<br>James Martell<br>Kathryn Martorano<br>Konnektive Corporation<br>Konnektive LLC<br>Konnektive Rewards, LLC<br>Matthew Martorano<br>Quick Box, LLC<br>Stephen Adele |

| | | |
|---|---|---|
| 1 | KRONENBERGER ROSENFELD, LLP | *Attorneys for Codebtors:* |
| 2 | Karl S. Kronenberger, Esq. | |
| | Jeffrey M. Rosenfeld, Esq. | Beautiful Skin and Health SL, Inc. |
| 3 | 150 Post Street, Suite 520 | Beauty and Balance LV, Inc. |
| 4 | San Francisco, CA 94108 | Costal Beauty Care KV, Inc. |
| | | Coastal Health & Body TML, Inc. |
| 5 | karl@krinternetlaw.com | Coastal Skin Care DC, Inc. |
| 6 | jeff@krinternetlaw.com | Complete Beautiful Skin DT, Inc. |
| | cc: leah@KRInternetLaw.com | Complete Dietary Health DT, Inc. |
| 7 | iyah@KRInternetLaw.com | DL Group, Inc. |
| 8 | | Diet Focus MG, Inc. |
| | | Diet and Beauty Enterprise JB, Inc. |
| 9 | | Dietary 8 Leaves TL, Inc. |
| 10 | | Dietary Care Group MK, Inc. |
| | | Dietary Health DL, Inc. |
| 11 | | Dietary Health Management SL, Inc. |
| 12 | | Dietary Health Supplements ADN, Inc. |
| | | Dietary Mind & Body AR, Inc. |
| 13 | | Dietary Pills TTH, Inc. |
| 14 | | Dietary Supplements 8 Leaves TL, Inc. |
| | | Dietary Supplements NS, Inc. |
| 15 | | EM Strength & Wellness Products, Inc. |
| 16 | | EW Ideal Health Store, Inc. |
| | | Fit and Slim Body Olo, Inc. |
| 17 | | Fit Body Forever KZ, Inc. |
| 18 | | Fit Lifestyle Enterprise JD, Inc. |
| | | Fitness & Health Supplements PKL, Inc. |
| 19 | | Flawless Beauty Forever MC, Inc. |
| 20 | | Forever Beautiful Products KZ, Inc. |
| | | Forever Beauty and Balance JL, Inc. |
| 21 | | Health & Body Care TN, Inc. |
| 22 | | Health & Skin Nutrition JLN, Inc. |
| | | Health & Wellness Products EM, Inc. |
| 23 | | Health Enterprise AR, Inc. |
| 24 | | Health Enterprise LT, Inc. |
| | | Health Skin and Beauty Maya, Inc. |
| 25 | | Health Skin and Body JB, Inc. |
| 26 | | Health and Diet Products ISA, Inc. |
| | | Health and Fitness Lifestyle JL, Inc. |
| 27 | | Healthy Beautiful Skin JD, Inc. |
| 28 | | Healthy Body & Balance CD, Inc. |

Healthy Fit Lifestyle DC, Inc.
Healthy Leaves TL, Inc.
Healthy Lifestyle Diet JL, Inc.
Healthy Skin Group TQH, Inc.
Healthy Skin Lifestyle JB, Inc.
Healthy Supplements Maya, Inc.
Healthy and Slim TT, Inc.
Ideal Skin & Health Care NA, Inc.
Kiet Lieu
Lasting Fitness & Beauty JLN, Inc.
PKL Everlasting Beauty, Inc.
Radiant Skin & Body Shop ATN, Inc.
Remarkable Beauty TN, Inc.
Remarkable Health Supply PO, Inc.
Rocket Management Group, LLC
Select Skin Products MV, Inc.
Skin Beauty & Health JN, Inc.
Skin Beauty Enterprise MG, Inc.
Skin Beauty Products ISA, Inc.
Skin Beauty and Balance CD, Inc.
Skin Care Enterprise TTH, Inc.
Skin Care Group MK, Inc.
Skin Products Rubio, Inc.
Skin and Beauty NS, Inc.
Strength & Fitness Lifestyle LT, Inc.
Total Fitness & Health MC, Inc.
Vibrant Face & Beauty Shop ATN, Inc.